UNITED STATES DISTRICT COURT

DISTRICT OF MAINE – BANGOR DIVISION

Nathan Reardon

PO Box 52

Detroit, ME 04929

Plaintiff,

v.

Federal Bureau of Prisons

320 First Street NW

Washington, DC 20534

Defendant.

Case No. _____

COMPLAINT FOR VIOLATION OF THE FREEDOM OF INFORMATION ACT

(5 U.S.C. § 552)

INTRODUCTION

1. This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to compel the Federal Bureau of Prisons ("BOP") to comply with a lawful FOIA request submitted by Plaintiff on March 20, 2025, seeking records relating to Pharos House, a federal halfway house located in Portland, Maine.

2. BOP has failed to provide any responsive records, failed

to conduct adequate search, failed to meet statutory deadlines, and failed to justify any withholding.

3. The agency's continued non-compliance constitutes an unlawful withholding of agency records in violation of FOIA.

## JURISDICTION AND VENUE

4. This Court has jurisdiction under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

5. Venue is proper in the District of Maine, Bangor Division, because Plaintiff resides in this District, and FOIA provides for venue where the requester resides.

## PARTIES

6. Plaintiff Nathan Reardon is a resident of Maine and submitted a valid FOIA request on March 20, 2025.

7. Defendant Federal Bureau of Prisons is a federal agency within the U.S. Department of Justice and is subject to FOIA.

## FOIA BACKGROUND

8. FOIA requires federal agencies to determine whether to comply with a request within 20 working days and to promptly produce all non-exempt records.

9. Agencies must also provide a Vaughn index or specific explanation for any withholding.

10. Failure to respond within statutory deadlines constitutes constructive exhaustion by the requester.

## FACTUAL ALLEGATIONS

11. On March 20, 2025, Plaintiff submitted a written FOIA request seeking specific records related to Pharos House.

12. The requests sought electronic delivery and authorized fees up to $25.

13. BOP acknowledged receipt but failed to produce any records or provide any exemption justification.

14. As of the filing of this Complaint, more than eight months have passed with no response.

15. The statutory deadline expired long ago, and Plaintiff has constructively exhausted all administrative remedies.

16. BOP continues to unlawfully withhold agency records.

CAUSE OF ACTION

Violation of the Freedom of Information Act (5 U.S.C. § 552)

17. Plaintiff repeats and incorporates all preceding paragraphs.

18. Defendant BOP is unlawfully withholding agency records required to be produced under FOIA.

19. BOP failed to conduct an adequate search, failed to produce records, failed to meet statutory deadlines, and failed to articulate any exemption.

20. Plaintiff is entitled to declaratory relief, injunctive relief, and costs.

PRAYER FOR RELIEF

Plaintiff respectfully requests that this Court:

A. Declare that Defendant violated FOIA;

B. Order BOP to immediately conduct a lawful search and produce all non-exempt records responsive to Plaintiff's FOIA request;

C. Order BOP to produce a Vaughn index for any portion withheld;

D. Award Plaintiff costs as permitted under 5 U.S.C. § 552(a)(4)(E);

E. Grant any other relief the Court deems just and proper.

PROPOSED ORDER

Upon consideration of Plaintiff's Complaint, it is hereby ORDERED:

1. Defendant Federal Bureau of Prisons shall, within 21 days, conduct a complete search for records responsive to Plaintiff's March 20, 2025 FOIA request;

2. Defendant shall produce all non-exempt records;

3. Defendant shall provide a Vaughn index describing any withheld material;

4. The Court retains jurisdiction to enforce this Order.

CERTIFICATE OF SERVICE

I certify that on this date I served a copy of the foregoing Complaint on the Federal Bureau of Prisons FOIA Office at:

Federal Bureau of Prisons
320 First Street NW
Washington, DC 20534

Dated: 12-10-25

Nathan Reardon
PO Box 52
Detroit, ME 04929
nathan@membershipauto.com
207-745-7575