UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| NATHAN REARDON,<br><br>          Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>          Defendant. | No. 2:25-cv-00657-JAW |

**SECOND MOTION TO EXTEND DEADLINE TO ANSWER**

Defendant, the Federal Bureau of Prisons, hereby moves for an extension of its deadline to answer or otherwise move, from March 6, 2026, to April 1, 2026.

A motion to extend the deadline to answer was previously granted (Dkt. 11) to allow the Government 30 days after service of complaint to answer. The Government seeks an additional period of 30 days to answer the complaint. Undersigned counsel is currently engaged in a criminal jury trial, set to begin March 12, 2026, with jury selection scheduled for March 2, 2026, and needs additional time to allow for adequate review of materials from the Federal Bureau of Prisons and preparation of a response. Additionally, the U.S. Attorney's Office Civil Division is experiencing staffing issues with only two Assistant United States Attorney's handling all civil cases within the district.

WHEREFORE, Defendant requests that its deadline to answer or otherwise move be extended from March 6, 2026, to April 1, 2026.

Dated: March 2, 2026                                  Respectfully Submitted,

                                                         ANDREW B. BENSON
                                                         UNITED STATES ATTORNEY

                                                         <u>/s/ James D. Concannon</u>
                                                         James D. Concannon, AUSA
                                                         100 Middle Street, East Tower, 6th Fl.
                                                         Portland, Maine 04101
                                                         (207) 780-3257
                                                         James.Concannon@usdoj.gov

3

## CERTIFICATE OF SERVICE

      I hereby certify that on March 2, 2026, I electronically filed the foregoing using the CM/ECF system. A copy of the foregoing was also mailed to the below:

NATHAN REARDON
PRO SE
P.O. Box 52
Detroit, ME 04929.

                              ANDREW B. BENSON
                              UNITED STATES ATTORNEY

                              /s/ James D. Concannon
                              James D. Concannon
                              Assistant United States Attorney
                              100 Middle Street, East Tower, 6th Fl.
                              Portland, Maine 04101
                              (207) 780-3257
                              James.Concannon@usdoj.gov